# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

## *State of Alaska, et al. v. Zinke, et al.*

THE HONORABLE JOHN W. SEDWICK                3:17-cv-00013  JWS

PROCEEDINGS:       ORDER FROM CHAMBERS        Date: July 12, 23017
_____

      At docket 61 Ronald T. West moves to intervene pursuant to Fed. R. Civ. P. 24(a) and (b).  The motion is supported by Mr. West's affidavit at docket 62.  The motion is opposed by plaintiff Safari Club International ("SCI") at docket 65, by the Federal Defendants at docket 66, and by intervener-defendants Alaska Wildlife Alliance, *et al.,* at docket 69.  In addition, at docket 67 plaintiff State of Alaska joins in SCI's opposition, and at docket 68 plaintiff Alaska Professional Hunters Association, *et al.,* join in SCI's opposition.  Mr. West did not file a reply.

      Having examined the parties' briefing, the court concludes that Mr. West's motion lacks merit.  The court adopts as the rationale for this order the arguments and authorities advanced by the Federal Defendants at docket 66.  The motion at docket 61 is denied.

_____