JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JOHN S. MOST, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-616-3353 ‖ 202-305-0506 (fax)
John.Most@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID L. BERNHARDT, Secretary of the Interior, *et al.*,<br><br>    Defendants. | Case No. 3:17-cv-00013-SLG<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |
| SAFARI CLUB INTERNATIONAL,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID L. BERNHARDT, Secretary of the Interior, *et al.*,<br><br>    Defendants. | Case No. 3:17-cv-00014-SLG |

| | )  |  |
|---|---|---|
| ALASKA PROFESSIONAL HUNTERS ASSOCIATION, *et al.*, | )  )  ) | |
| Plaintiffs, | )  )  | Case No. 3:17-cv-00013-SLG |
| v. | )  )  )  | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | )  )  )  ) | |
| Defendants. | )  )  ) | |

*State of Alaska v. Bernhardt et al.,*
Case No. 3:17-cv-00017-SLG

Notice is hereby given that John S. Most enters his appearance as counsel of record for Defendants in the above-captioned matter, in substitution for Dean K. Dunsmore. Service of any papers by United States mail should be addressed to the Post Office box indicated in the signature block below. Express deliveries, such as FedEx, should be addressed as follows:

>John S. Most
>150 M St NE # 3141
>Washington, D.C. 20002
>(202) 616-3353

Respectfully submitted this 26th day of September, 2019.

>JEAN E. WILLIAMS
>Deputy Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Div.
>
>/s/ John S. Most
>JOHN S. MOST, Trial Attorney
>Natural Resources Section
>Virginia Bar No. 27176
>P.O. Box 7611
>Washington, D.C. 20044
>202-616-3353 || 202-305-0506 (fax)
>John.Most@usdoj.gov
>
>*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019, a copy of the foregoing notice was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *John S. Most*
JOHN S. MOST