# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | |
| Plaintiff, | |
| v. | |
| DAVID L. BERNHARDT, Secretary of the Interior, et al., | Case No. 3:17-cv-00013-SLG |
| Federal Defendants, | |
| and | |
| ALASKA WILDLIFE ALLIANCE, et al., | |
| Intervenor-Defendants. | |
| SAFARI CLUB INTERNATIONAL, | |
| Plaintiff, | |
| v. | |
| DAVID L. BERNHARDT, Secretary of the Interior, et al., | Case No. 3:17-cv-00014-SLG |
| Federal Defendants, | |
| and | |
| ALASKA WILDLIFE ALLIANCE, et al., | |
| Intervenor-Defendants. | |

## ORDER RE JOINT UNOPPOSED MOTION TO STAY AND EXTEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE

Before the Court at Docket 160 is Plaintiffs' and Federal Defendant's Joint Unopposed Motion to Stay and Extend the Summary Judgment Briefing Schedule. Federal Defendants report that Intervenor-Defendants do not oppose the motion.[1] The motion is therefore GRANTED.

IT IS HEREBY ORDERED that the parties will file their briefs addressing the "Refuge-Specific Regulations; Public Use; Kenai National Wildlife Refuge," 81 Fed. Reg. 27030 (May 5, 2016) ("FWS Kenai Rule"), in accordance with the following schedule. All conditions set forth in the prior briefing schedule approved by the Court on July 18, 2019 continue to apply.[2] Only the dates for the filing of briefs related to the FWS Kenai Rule are modified as follows:

1. **Plaintiffs' Summary Judgment Motion.** Plaintiffs State of Alaska and Safari Club will file their summary judgment motion and brief addressing their challenges to the FWS Kenai Rule on December 20, 2019.

2. **Federal Defendants' Summary Judgment Opposition/Cross-Motion for Summary Judgment.** Federal Defendants will file their Opposition/Cross-Motion for Summary Judgment addressing Plaintiffs' challenges to the FWS Kenai Rule within 63 days (nine weeks) after the Plaintiffs' opening brief addressing that rule is filed.

---

[1] Docket 160 at 2

[2] Docket 158 (Order Regarding Schedule and Page Limits for Summary Judgment Briefing).

Case No. 3:17-cv-00013-SLG, *Alaska v. Bernhardt, et al.*
Order re Join Unopposed Motion to Stay and Extend Summary Judgment Briefing Schedule
Page 2 of 3

3. **Intervenor-Defendants' Summary Judgment Opposition/Cross-Motion for Summary Judgment.** Intervenor-Defendants will collectively file their brief addressing the FWS Kenai Rule seven (7) days after the Federal Defendants' Opposition/Cross-Motion for Summary Judgment addressing that rule is filed.

4. **Plaintiffs' Opposition to Summary Judgment Cross Motion/Reply in Support of Plaintiffs' Summary Judgment Motion.** Plaintiffs collectively will file their Opposition/Reply in Support of Summary Judgment on the FWS Kenai Rule within 28 days after the Intervenor-Defendants' opening brief addressing that rule is filed.

5. **Federal Defendants' Reply in Support of Cross Motion for Summary Judgment.** Federal Defendants will file their Reply in Support of Summary Judgment on the FWS Kenai Rule within 28 days after the Plaintiffs' final brief addressing that rule is filed.

6. **Intervenor-Defendants' Reply in Support of Cross Motions for Summary Judgment.** Intervenor-Defendants may file their reply addressing the FWS Kenai Rule within 28 days after the Federal Defendants' final brief addressing that rule is filed.

DATED this 1st day of November, 2019 at Anchorage, Alaska.

<u>Sharon L. Gleason</u>
UNITED STATES DISTRICT JUDGE

Case No. 3:17-cv-00013-SLG, *Alaska v. Bernhardt, et al.*
Order re Join Unopposed Motion to Stay and Extend Summary Judgment Briefing Schedule
Page 3 of 3