Prerak Shah
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

Michael S. Sawyer, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-514-5273 || 202-305-0506 (fax)
Michael.Sawyer@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID L. BERNHARDT, Secretary of the Interior, *et al.*,<br><br>    Federal Defendants,<br><br>and<br><br>ALASKA WILDLIFE ALLIANCE, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:17-cv-00013-SLG<br><br>**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT REGARDING THE FWS KENAI RULE**<br><br>**<u>Oral Argument Requested</u>** |
| SAFARI CLUB INTERNATIONAL,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID L. BERNHARDT, Secretary of the Interior, *et al.*,<br><br>    Federal Defendants,<br><br>and<br><br>ALASKA WILDLIFE ALLIANCE, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:17-cv-00014-SLG |

| | |
|---|---|
| ALASKA PROFESSIONAL HUNTERS ASSOCIATION, *et al.*, | ) ) ) Case No. 3:17-cv-00026-SLG |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DAVID L. BERNHARDT, Secretary of the Interior, *et al.*, | ) ) ) |
| Federal Defendants, | ) ) |
| and | ) ) |
| ALASKA WILDLIFE ALLIANCE, *et al.*, | ) ) |
| Intervenor-Defendants. | ) |

# FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT REGARDING THE FWS KENAI RULE

Pursuant to Federal Rule of Civil Procedure 56, Local Civil Rule 7.1, and Local Civil Rule 16.3(b)(1)(B), Federal Defendants cross-move for summary judgment as to all claims challenging provisions of the final rule, Refuge-Specific Regulations; Public Use; Kenai National Wildlife Refuge (Kenai Rule), 81 Fed. Reg. 27,030 (May 5, 2016). Federal Defendants submit the following memorandum of points and authorities in support of their cross-motion.

For the reasons stated in the attached memorandum, Federal Defendants respectfully request that this Court grant their cross-motion and deny the combined motion for summary judgment (ECF No. 170) filed by Plaintiffs the State of Alaska and Safari Club International. Consistent with Local Civil Rule 16.3(b)(1)(B)(ii)–(iii), Federal Defendants will work with the other parties to submit "an appendix containing copies of those portions of the agency record that are cited or otherwise relied upon by the parties in their briefs" within "14 days after the final brief is filed."

*State of Alaska v. Bernhardt,* Case No. 3:17cv13 (SLG)
FWS Kenai Rule

2

Case 3:17-cv-00013-SLG   Document 177   Filed 03/09/20   Page 2 of 3

Federal Defendants respectfully request a hearing on this cross-motion.

Respectfully submitted this 9th day of March, 2020.

        Prerak Shah
        Deputy Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Div.

        */s/ Michael S. Sawyer*
        Michael S. Sawyer
        Trial Attorney
        Natural Resources Section
        P.O. Box 7611 Washington, D.C. 20044
        202-514-5273 || 202-305-0506 (fax)
        Michael.Sawyer@usdoj.gov

        *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

        /s/ *Michael S. Sawyer*
        Michael S. Sawyer