UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior, *et al.*,<br><br>    Federal Defendants,<br><br> and<br><br>ALASKA WILDLIFE ALLIANCE, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:17-cv-00013 (SLG)<br>Case No. 3:17-cv-00014 (SLG)<br>Case No. 3:17-cv-00026 (SLG)<br><br>**JOINT STATUS REPORT –<br>JULY 2020** |
| SAFARI CLUB INTERNATIONAL,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior, *et al.*,<br><br>    Federal Defendants,<br><br> and<br><br>ALASKA WILDLIFE ALLIANCE, *et al.*,<br><br>    Intervenor-Defendants. | |

| | |
|---|---|
| ALASKA PROFESSIONAL HUNTERS ASSOCIATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| U.S. Department of the Interior, *et al.*, | ) ) ) |
| Federal Defendants, | ) ) ) |
| and | ) ) ) |
| ALASKA WILDLIFE ALLIANCE, *et al.*, | ) ) ) |
| Intervenor-Defendants. | ) ) ) |

# JOINT STATUS REPORT – JULY 2020

Pursuant to this Court's June 19, 2020 Order, Plaintiffs State of Alaska *et al.* respectfully submit this Status Report – July 2020 on behalf of the parties. As this Court is aware, Plaintiffs challenged two rules: (1) "Refuge-Specific Regulations; Public Use; Kenai National Wildlife Refuge," 81 Fed. Reg. 27030 (May 5, 2016) ("Kenai Rule") and (2) "Alaska, Hunting and Trapping in National Preserves," 80 Fed. Reg. 64325 (Oct. 23, 2015) ("NPS Rule"). On June 9, 2020, the National Park Service published a final rule amending the NPS Rule at issue in this case. Alaska; Hunting and Trapping in National Preserves, 85 Fed. Reg. 35181. On June 11, 2020, the U.S. Fish and Wildlife Service published a proposed revision to the Kenai Rule. Refuge-Specific Regulations; Public Use; Kenai National Wildlife Refuge, 85 Fed. Reg. 35628.

On June 9, 2020 and June 19, 2020, Plaintiffs and Federal Defendants conferred to discuss how those recent publications affect this case. Because the revisions to the Kenai Rule are proposed and subject to change, Plaintiffs do not believe that they impact or resolve Plaintiffs' challenges. Accordingly, Federal Defendants should submit their reply in support of their cross-motion for summary judgment on August 6, 2020, with Intervenor-Defendants to file their reply two weeks later, in accordance with this Court's Order of June 23.

With respect to the NPS Rule, the impact of the final rule is still being discussed between Plaintiffs State of Alaska and Safari Club International and Federal Defendants. The final rule withdraws some but not all of the provisions that these plaintiffs challenged. The parties requested an extension to the prior briefing schedule to permit those discussions to continue. The Court granted this motion on June 23. If these discussions do not resolve these plaintiffs' outstanding claims, then Plaintiffs State of Alaska and Safari Club International will proceed to submit a joint motion for summary judgment, pursuant to the revised briefing schedule.

On the other hand, the final NPS Rule did resolve the claims of Plaintiffs Alaska Professional Hunters Association *et al.* in Case No. 3:17-cv-00026-SLG. Those plaintiffs intend to file an unopposed motion to dismiss their complaint without prejudice within the next few days.

Dated: July 2, 2020                    Respectfully submitted,

                                                             KEVIN G. CLARKSON
                                                             ATTORNEY GENERAL

                          */s/ Cheryl R. Brooking*
                          Cheryl R. Brooking (AK Bar No. 9211069)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: 907-269-5100
Facsimile: 907-276-3697
cheryl.brooking@alaska.gov

*Attorneys for Plaintiff State of Alaska*

*/s/ Brent Cole*
Brent Cole (AK Bar No. 8606074)
Woelber Cole
821 N. Street, Suite 208
Anchorage, Alaska 99501
Telephone: 907-277-8001
Facsimile: 907-277-8002
brent@woelbercole.com

*/s/ Regina Lennox*
Regina Lennox (admitted pro hac vice)
Safari Club International
501 Second Street, NE
Washington, DC 20002
Telephone: 202-543-8733
Facsimile: 202-543-1205
rlennox@safariclub.org

*Attorneys for Plaintiff Safari Club International*

*/s/ James H. Lister*
James H. Lister (AK Bar 1611111)
Birch, Horton, Bittner & Cherot (DC)
1156 15th Street, N.W., Ste. 1020
Washington, DC 20005
Telephone: 202-659-5800
Facsimile: 202-659-1027
jlister@dc.bhb.com

*Attorneys for Plaintiffs Alaska Professional Hunters Association, Sportsmen's Alliance Foundation, and Joey Klutsch*

PRERAK SHAH
DEPUTY ASSISTANT ATTORNEY GENERAL
United States Department of Justice
Environment and Natural Resources Div.

<u>*/s/ Michael S. Sawyer (with permission)*</u>
Michael S. Sawyer (D.C. Bar No. 1009040)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-5273
Facsimile: 202-305-0506
Michael.Sawyer@usdoj.gov

*Attorneys for Federal Defendants*

<u>*/s/ Katherine G. Strong (with permission)*</u>
Katherine Strong (AK Bar No. 1105033)
Brian Litmans (AK Bar No. 0111068)
Trustees for Alaska
1026 W. Fourth Avenue, Suite 201
Anchorage, Alaska 99501
Telephone: 907-276-4244
kstrong@trustees.org
blitmans@trustees.org

*Attorneys for Intervenor-Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Cheryl R. Brooking*
Cheryl R. Brooking