KEVIN G. CLARKSON
ATTORNEY GENERAL

Cheryl R. Brooking (Alaska Bar No. 9211069)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: cheryl.brooking@alaska.gov

Attorney for State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) Case No. 3:17-cv-00013-SLG |
| v. | ) |
| DAVID L. BERNHARDT, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*, | ) |
| Federal Defendants, | ) **JOINT UNOPPOSED MOTION TO EXTEND THE NPS RULE SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| and | ) |
| ALASKA WILDLIFE ALLIANCE, *et al.*, | ) |
| Intervenor-Defendants. | ) |

| | )  |  |
|---|---|---|
| SAFARI CLUB INTERNATIONAL, | ) | Case No. 3:17-cv-00014-SLG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID L. BERNHARDT, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*, | ) ) ) | |
| | ) | |
| Federal Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ALASKA WILDLIFE ALLIANCE, *et al.,* | ) | |
| | ) | |
| Intervenor-Defendants. | ) ) | |

Plaintiffs State of Alaska and Safari Club International, Federal Defendants, David Bernhardt *et al.*, and Intervenor-Defendants hereby move for a stay and extension of the summary judgment briefing schedule on Plaintiffs' challenges to "Alaska, Hunting and Trapping in National Preserves," 80 Fed. Reg. 64325 (Oct. 23, 2015) ("NPS Rule").

The State and Safari Club each filed lawsuits (3:17-cv-00013-SLG and 3:17-cv-00014-SLG) seeking judicial review of the NPS Rule and "Refuge-Specific Regulations; Public Use; Kenai National Wildlife Refuge," 81 Fed. Reg. 27030 (May 5, 2016) ("FWS Kenai Rule"). The cases were consolidated.

On June 9, 2020, the National Park Service published a final rule amending the NPS Rule. *See,* Alaska; Hunting and Trapping in National Preserves, 85 Fed. Reg. 35,181

Joint Unopposed Motion to Extend SJ Briefing Schedule   Case No. 3:17-cv-00013-SLG
*State of Alaska v. Bernhardt et al.*   Page 2 of 6

Case 3:17-cv-00013-SLG   Document 199   Filed 08/03/20   Page 2 of 6

(June 9, 2020). The summary judgment briefing schedule was then extended to allow efforts to be focused on negotiating a settlement of the NPS Rule claims. ECF 193.

The summary judgment briefing for the FWS Kenai Rule will be completed soon and no further extension is requested. The deadline for Plaintiffs to file their NPS brief is now August 6, 2020 and the parties request an extension to September 17, 2020 to allow a potential settlement to be developed.

Accordingly, the Parties request that the Court approve the following modification of the briefing schedule. All conditions previously outlined in the briefing schedule approved by the Court continue to apply. Only the dates for the filing of briefs for the NPS Rule will be modified by the requested extension:

1. **Plaintiffs' Summary Judgment Motion.** Plaintiffs State of Alaska and Safari Club will file their summary judgment motion and brief addressing their challenges to the NPS Rule on September 17, 2020.

2. **Federal Defendants' Summary Judgment Opposition/Cross-Motion for Summary Judgment.** Federal Defendants will file their Opposition/Cross-Motion for Summary Judgment addressing Plaintiffs' challenges to the NPS Rule within 63 days (nine weeks) after the Plaintiffs' opening brief addressing that rule is filed.

3. **Intervenor-Defendants' Summary Judgment Opposition/Cross-Motion for Summary Judgment.** Intervenor-Defendants will collectively file their brief addressing the NPS Rule 14 days after the Federal Defendants' Opposition/Cross-Motion for Summary Judgment addressing the NPS Rule

Joint Unopposed Motion to Extend SJ Briefing Schedule    Case No. 3:17-cv-00013-SLG
State of Alaska v. Bernhardt, et al.                                                Page 3 of 6

Case 3:17-cv-00013-SLG   Document 199   Filed 08/03/20   Page 3 of 6

is filed.

4. **Plaintiffs' Opposition to Summary Judgment Cross Motion/Reply in Support of Plaintiffs' Summary Judgment Motion.** Plaintiffs collectively will file their Opposition/Reply in Support of Summary Judgment addressing the NPS Rule within 28 days after the Intervenor-Defendants' opening brief addressing the NPS Rule is filed.

5. **Federal Defendants' Reply in Support of Cross Motion for Summary Judgment.** Federal Defendants will file their Reply in Support of Summary Judgment addressing the NPS Rule within 28 days after the Plaintiffs' final brief addressing the NPS rule is filed.

6. **Intervenor-Defendants' Reply in Support of Cross Motions for Summary Judgment.** Intervenor-Defendants may file their reply addressing the NPS Rule within 14 days after the Federal Defendants' final brief addressing the NPS Rule is filed.

Respectfully submitted this 3rd day of August, 2020.

KEVIN G. CLARKSON
ATTORNEY GENERAL

/s/ Cheryl R. Brooking
Cheryl R. Brooking (AK Bar 9211069)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone 907-269-5100
Fax 907-276-3697
cheryl.brooking@alaska.gov
*Attorneys for Plaintiff State of Alaska*

Joint Unopposed Motion to Extend SJ Briefing Schedule    Case No. 3:17-cv-00013-SLG
*State of Alaska v. Bernhardt, et al.*                              Page 4 of 6

Case 3:17-cv-00013-SLG   Document 199   Filed 08/03/20   Page 4 of 6

Prerak Shah
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ with permission
Michael S. Sawyer, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
Phone 202-514-5273
Fax 202-305-0506
Michael.Sawyer@usdoj.gov
*Attorneys for Federal Defendants*

/s/ with permission
Regina Lennox (NY Bar 4645255) (pro hac vice pending)
Safari Club International
501 Second Street, NE
Washington, DC 20002
202-543-8733 || 202-403-2244 (fax)
aseidman@safariclub.org
rlennox@safariclub.org

Brent Cole, Esq. (AK Bar 8606074)
821 N. Street, Suite 208
Anchorage, Alaska 99501
907-277-8001 || 907-277-8002 (fax)
brent@akcolelaw.com
*Attorneys for Plaintiff Safari Club International*

/s/ with permission
Katherine Strong (AK Bar No. 1105033)
Brian Litmans (AK Bar No. 0111068)
Trustees for Alaska
1026 W. Fourth Avenue, Suite 201
Anchorage, Alaska 99501
Telephone: 907-276-4244
kstrong@trustees.org
blitmans@trustees.org
*Attorneys for Intervenor-Defendants*

Joint Unopposed Motion to Extend SJ Briefing Schedule   Case No. 3:17-cv-00013-SLG
*State of Alaska v. Bernhardt, et al.*   Page 5 of 6

Case 3:17-cv-00013-SLG   Document 199   Filed 08/03/20   Page 5 of 6

## CERTIFICATE OF SERVICE

    I hereby certify that on August 3, 2020 a copy of the foregoing notice was served by electronic means on all counsel of record by the Court's CM/ECF system.

                    /s/ Cheryl R. Brooking
                    CHERYL R. BROOKING

Joint Unopposed Motion to Extend SJ Briefing Schedule    Case No. 3:17-cv-00013-SLG
*State of Alaska v. Bernhardt et al.*    Page 6 of 6

Case 3:17-cv-00013-SLG   Document 199   Filed 08/03/20   Page 6 of 6