Regina Lennox
(NY Bar 4645255) (pro hac vice)
Safari Club International
501 Second Street, NE
Washington, DC  20002
202-543-8733 (phone)
202-403-2244 (fax)
rlennox@safariclub.org

*Attorney for Safari Club International*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
|       Plaintiff, | ) Case No. 3:17-cv-00013-SLG |
| | ) |
|       v. | ) |
| | ) |
| DAVID L. BERNHARDT, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*, | ) |
|       Federal Defendants, | ) **UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT** |
|       and | ) |
| ALASKA WILDLIFE ALLIANCE, *et al.,* | ) |
|       Intervenor-Defendants. | ) |

|                                                                    |     |                          |
| ------------------------------------------------------------------ | --- | ------------------------ |
|                                                                    | )   |                          |
| SAFARI CLUB INTERNATIONAL,                                         | )   | Case No. 3:17-cv-00014-SLG |
|                                                                    | )   |                          |
|      Plaintiff,                           | )   |                          |
|                                                                    | )   |                          |
|      v.                                   | )   |                          |
|                                                                    | )   |                          |
| DAVID L. BERNHARDT, in his official capacity                       | )   |                          |
| as Secretary of the U.S. Department of the Interior,               | )   |                          |
| *et al.*,                                                          | )   |                          |
|                                                                    | )   |                          |
|      Federal Defendants,                  | )   |                          |
|                                                                    | )   |                          |
|      and                                  | )   |                          |
|                                                                    | )   |                          |
| ALASKA WILDLIFE ALLIANCE, *et al.,*                                | )   |                          |
|                                                                    | )   |                          |
|      Intervenor-Defendants.               | )   |                          |
|                                                                    | )   |                          |

Plaintiffs State of Alaska and Safari Club International respectfully move the
Court to reschedule the oral argument on ECF Dkt. Nos. 177 and 184 that is currently
scheduled for Tuesday, September 22, 2020, at 10:00 a.m.  Federal Defendants David
Bernhardt *et al.* and Intervenor-Defendants Alaska Wildlife Alliance *et al.* have
consented to the Plaintiffs' request.

Plaintiffs so move the Court because counsel for Safari Club International ("Safari
Club") is scheduled to participate in a three-day evidentiary hearing beginning on
Monday, September 21 and ending on Wednesday, September 23.  This hearing was set
in May.  The parties have designated fact and expert witnesses who are planning to testify
during these three days.  The case has involved extensive discovery and will likely
include a significant number of exhibits.  Counsel is Safari Club's lead counsel in that

matter, but was also heavily involved in the Plaintiffs' briefing in this Court.  To fully represent the interests of her client, counsel needs to actively participate in both the evidentiary hearing and oral argument, but cannot do so since they are scheduled for the same time.

Accordingly, Plaintiffs request that the Court set a new date and time for oral argument, on or after Thursday, September 24, 2020.  Plaintiffs note that on Thursday, September 24, from 9:00 a.m. to 12:00 p.m., the Alaska Bar is offering a free Continuing Legal Education course that some counsel participating in this case wish to attend.  To avoid inconveniencing other counsel for the benefit of Safari Club's counsel, if the Court grants this motion and determines to reschedule argument for September 24, 2020, Plaintiffs respectfully request that the Court set the argument for a time after 12:30 p.m.

Respectfully submitted this 2nd day of September, 2020,

/s/ Regina Lennox
Regina Lennox (NY Bar 4645255) (pro hac vice)
Safari Club International
501 Second Street, NE
Washington, DC  20002
202-543-8733 (phone)
202-403-2244 (fax)
rlennox@safariclub.org

*Attorney for Plaintiff Safari Club International*

CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

Cheryl R. Brooking (AK Bar 9211069)
Senior Assistant Attorney General
Department of Law

Case No. 3:17-cv-00013-SLG
*State of Alaska v. Bernhardt et al.*

1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907-269-5100 (phone)
907-276-3697 (fax)
cheryl.brooking@alaska.gov

*Attorneys for Plaintiff State of Alaska*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020 a copy of the foregoing motion was

served by electronic means on all counsel of record by the Court's CM/ECF system.

_____
/s/ Regina Lennox
REGINA LENNOX

Case 3:17-cv-00013-SLG   Document 205   Filed 09/02/20   Page 4 of 4