# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| STATE OF ALASKA, et al.<br>*Plaintiff*<br>v.<br>DAVID BERNHARDT, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 3:17-cv-00013-SLG<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this case is dismissed with request to the challenges to the Kenai Rule pursuant to the Alaska National Interest Lands Conservation Act, the National Wildlife Refuge System Improvement Act, and the Administrative Procedure Act, and also pursuant to the National Environmental Protection Act with respect to the Skilak Wildlife Recreation Area hunting restriction and the bear baiting restriction.

FURTHER THAT with respect to the firearms restriction in the Kenai River and Russian River corridors, that portion of the Kenai Rule is remanded to the Fish and Wildlife Service for further analysis in accordance with the requirements of the National Environmental Protection Act.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: November 16, 2020

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*