Regina Lennox
NY Bar 4645255 (pro hac vice)
Safari Club International
501 Second Street, NE
Washington, DC 20002
202-543-8733 (phone)
202-403-2244 (fax)
rlennox@safariclub.org

*Attorney for Safari Club International*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> ALASKA WILDLIFE ALLIANCE, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:17-cv-00013 (SLG) <br> Case No. 3:17-cv-00014 (SLG) <br><br> **NOTICE OF APPEAL BY SAFARI CLUB INTERNATIONAL** |
| SAFARI CLUB INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior, *et al.*, | |

|  |  |
|---|---|
| Federal Defendants, | ) |
|  | ) |
| and | ) |
|  | ) |
| ALASKA WILDLIFE ALLIANCE, *et al.*, | ) |
|  | ) |
| Intervenor-Defendants. | ) |

Please take notice that Plaintiff Safari Club International appeals to the United States Court of Appeals for the Ninth Circuit from this Court's November 13, 2020 Order granting in part Federal Defendants' cross-motion for summary judgment, granting in part Intervenor-Defendants' cross-motion for summary judgment, and denying in part Plaintiffs' motion for summary judgment, and from the November 16, 2020 Judgment dismissing Plaintiffs' challenges to the Kenai Rule pursuant to the Alaska National Interest Lands Conservation Act, the National Wildlife Refuge System Improvement Act, and the Administrative Procedure Act, and also pursuant to the National Environmental Protection Act with respect to the Skilak Wildlife Recreation Area hunting restriction and the bear baiting restriction. ECF No. 219, ECF No. 220.

Dated: January 8, 2021      Respectfully submitted,

                                               */s/ Regina Lennox*
                                               Regina Lennox (admitted pro hac vice)
                                               Safari Club International
                                               501 Second Street, NE
                                               Washington, DC 20002
                                               202-543-8733 (phone)
                                               202-543-2244 (fax)
                                               rlennox@safariclub.org

Brent Cole (AK Bar No. 8606074)
Woelber Cole
821 N. Street, Suite 208
Anchorage, Alaska 99501
907-277-8001 (phone)
907-277-8002 (fax)
brent@woelbercole.com

*Attorneys for Plaintiff Safari Club International*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Regina Lennox*
Regina Lennox