# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> ALASKA WILDLIFE ALLIANCE, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:17-cv-00013-SLG <br><br> CONSOLIDATED |
| SAFARI CLUB INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> ALASKA WILDLIFE ALLIANCE, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:17-cv-00014-SLG |

## ORDER RE MOTION OF PLAINTIFFS STATE OF ALASKA AND SAFARI CLUB INTERNATIONAL TO DISMISS REMAINING CLAIMS WITHOUT PREJUDICE

Before the Court at Docket 246 is the *Motion of Plaintiffs State of Alaska and Safari Club International to Dismiss Remaining Claims Without Prejudice* pursuant to Federal Rule of Civil Procedure 41(a). No responses to the motion were filed. The motion is hereby GRANTED. IT IS ORDERED that all remaining claims are hereby dismissed without prejudice. Each party will bear their own costs and fees.

DATED this 23rd day of June, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No's. 3:17-cv-00013-SLG, *SOA v. Haaland, et al.;* 3:17-cv-00014*, Safari Club International v. Haaland, et al.*
Order re Motion to Dismiss Remaining Claims
Page 2 of 2
Case 3:17-cv-00013-SLG   Document 247   Filed 06/24/21   Page 2 of 2